UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BROOKE LEBEAU,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>　　　　Defendant. | Civ. 12-5044<br><br><br>**DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

　　　　Defendant Progressive Northern Insurance Company ("Progressive") moves this Court for an Order granting partial summary judgment in its favor with respect to Plaintiff Brooke Lebeau's claims for bad faith and punitive damages.  The value of Lebeau's claim is, and was, fairly debatable.  There are no genuine issues of material fact in dispute to the contrary.  Progressive is entitled to partial summary judgment as a matter of law.  Progressive incorporates by reference the Brief in Support of its Motion for Partial Summary Judgment, Progressive's Statement of Material Facts, and all other matters on file herein.

　　　　Dated this 30th day of June, 2014.

　　　　　　　　　　　　　　　　　　MAY & JOHNSON, P.C.


　　　　　　　　　　　　　　　　　　By 　　/s/ Mark J. Arndt　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　Mark J. Arndt
　　　　　　　　　　　　　　　　　　6805 South Minnesota Avenue, Suite 100
　　　　　　　　　　　　　　　　　　P.O. Box 88738
　　　　　　　　　　　　　　　　　　Sioux Falls, SD  57109-8738
　　　　　　　　　　　　　　　　　　(605) 336-2565; Fax:  (605) 336-2604
　　　　　　　　　　　　　　　　　　marndt@mayjohnson.com
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of June, 2014, a true and correct copy of the foregoing **Defendant Progressive Northern Insurance Company's Motion for Partial Summary Judgment** has been filed electronically with the Clerk of Courts through ECF on the following:

Robin L. Zephier
Abourezk & Zephier, P.C.
PO Box 9460
Rapid City, SD  57709
(605) 342-0097
Attorney for Plaintiff

                                                      /s/ Mark J. Arndt
                                                      Mark J. Arndt