

Search    Feedback

## Claims Standards : Appendix: Claim Outcome Advisor (COA)

| | | | | |
|---|---|---|---|---|
| Loss Assignment & Triage | Claims Handling Workflow & File Ownership | Medical | Injury | Litigation Handling |
| Subrogation | Special Investigations | Documentation & Data Standards | Appendix | Physical Damage Standards |

**Claims Directory**
**Claims Standards**
**PCS Strategies**
**Claims University**
**Mgmt & Leadership**
**Job Aids**
**Service Centers**
**Casualty Portal**
**Claims Contact**
**Support Areas**
**Customer Service**
**Claims Reporting**

### Back to Appendix

| General Protocols | Panel Requirements |
|---|---|
| Eligibility<br>Evaluation<br>COA Claim Settled Using Incurred or Open<br>Medical Releases | Detail Panel and Imported ClaimStation Data<br>Medical Panel<br>Hospitalization Panel<br>Prognosis Panel<br>Initiator Panel – General Entries<br>Initiator Panel – Additional Damages<br>Initiator Panel – Disfigurement<br>Initiator Panel – Reductions<br>Authority<br>Confidentiality |

**General Protocols**

**Eligibility**

All bodily injury claims (including liability, UM/UIM) where the claimant or insured has treated with a medical provider are potentially eligible for Claims Outcome Advisor ("COA"), with the following exceptions:

- Early settlement opportunities
- Death claims
- Claims clearly valued in excess of policy limits
- Any other state or local exceptions established by Claims management

Claims Management has the discretion to deem claims ineligible for COA, including:

- Claims with an outstanding offer extended prior to the adjuster being COA trained
- Catastrophic injury claims

Every organization must develop and publish a clear policy of eligibility regarding COA use for assistance in determining the general damages portion of certain injury claims.

### Back to Top

**Evaluation**

- A range of values for the general damages associated with an eligible injury claim will be provided by COA, subject to the formalized exceptions stated above.
- An Evaluation Event must be entered in ClaimStation reflecting the low and high of the total settlement range being negotiation. That figure will include the general damages range that

PLAINTIFF'S EXHIBIT 5

DQ0000000003

is provided by COA.

- The Common Law Assessment ("CLA") being used in the negotiation must be marked as "preferred" in COA.
- Evaluation, offer, demand and settlement events must be entered promptly in ClaimStation.

Back to Top

**COA Claims Settled Using Incurred or Open Medical Releases**

- If a claim is settled using an incurred or open medical release, the adjuster must update ClaimStation only when the incurred or open medical expenses are paid as a supplement.
- A new settlement event must be entered to reflect the updated information.

Back to Top

**Detail Panel and Imported ClaimStation Data**

**Panel Requirements**

- The claims rep must review data that was imported from ClaimStation for accuracy.
- Any discrepancies between ClaimStation-imported data and actual claim data must be corrected in ClaimStation.

Back to Top

**Medical Panel**

- Injuries, treatments, pre-existing conditions, complications and symptoms, deemed by the adjuster to be caused by the accident, must be entered in the medical panel.
- Dates for injuries, treatments, pre-existing conditions and complications must be entered in COA according to the following:
    - Injuries: date of loss
    - Treatment: dates of treatment (beginning and end date, where applicable)
    - Pre-existing: date of loss
    - Complication: date of diagnosis or onset

Back to Top

**Hospital Panel**

- The Hospitalization Panel must be used when a claimant or insured is admitted to a hospital room or convalescent facility and stays overnight.
- The start date must reflect the date the claimant or insured was admitted to the room or facility and the end date must reflect the date the claimant or insured was discharged or leaves.

Back to Top

**Prognosis Panel**

- A prognosis is only entered when the provider properly cites the AMA guidelines and objective medical evidence supports it.
- The following three (3) prognosis categories are the only categories that are to be used on the Prognosis Panel:
    - Medical: Permanent Condition
    - Future: Future Treatment
    - Future: Future Complications
- The AMA Impairment Rating is the only accepted standard for permanency considerations.

- A probability of "Possible," "Probable" or "Definite" must be selected when entering Future Treatment or Future Complications.
- If two or more prognoses exist and conflict with one another, the claims rep must select the one being considered in the evaluation. The one considered must be accurate based upon the medicals.
- If a prognosis exists and the adjuster determines that it should not be considered in the evaluation (because, for example, it is not supported by the medicals or is subsumed within another more serious prognosis), the prognosis must be deselected.

Back to Top

**Initiator Panel - General Entries**

- The claims rep-considered lost wages must be entered in the Initiator Panel as a "lump sum".
- All other economic losses ("OEL") must be entered on the Initiator Panel.
- The claims rep must select the appropriate prognosis, if one is being considered, from the initiator panel.
- If only one prognosis has been entered and the claims rep is not considering it in the evaluation, the prognosis must be deselected.
- The amount of medical specials considered by the claims rep must be entered in the Medical Field.
- Collateral offsets for medical specials or wages must be entered into the Medical or Wage Offset Field.
- If comparative liability is being considered in the evaluation, the percentage of claimant or insured liability must be entered in the Field titled Claimant Liability.

Back to Top

**Initiator Panel - Additional Damages**

- Value-driving factors not otherwise taken into consideration by COA are entered as a dollar amount in the Additional Damages Field on the Initiator Panel.
- The amount of additional damages must be evaluated on a case-by-case basis.
- The additional damages description must be selected from the drop down field or entered free form, and the rationale must be documented.

Back to Top

**Initiator Panel - Disfigurement**

- Values for scarring or disfigurement must be entered in the Disfigurement Field on the Initiator Panel.
- A description must be entered in the description field.

Back to Top

**Initiator Panel - Reductions**

- Value reducing factors and certain offsets, not otherwise taken into consideration by COA, must be entered as a dollar amount in the Reductions Field on the Initiator Panel.

Back to Top

**Authority**

- Prior to graduation, the claims rep may convey settlement offers that include COA-generated general damages values only after a Graduation Administrator has reviewed the CL

DQ0000000095

- After graduation, the adjuster may negotiate and settle all claims within his/her authority without management/Graduation Administrator review of the CLA.
  - Settlements outside of the total settlement range (of which the general damages range provided by COA is only a portion) must be approved by a manager.
  - Additional damages must be approved by a manager.
- If evaluation errors are discovered, management must provide feedback to the claim rep and have him/her re-run the CLA with corrections. These evaluations should then be resubmitted for authority.
- If there is a difference of opinion between management and the claim rep as to the settlement value of a claim, management determines the ultimate settlement value of the claim based on the facts of the claim and in consultation with the claims rep.
- Management must document rationale for overriding values. Documentation must include an explanation of dollars and assign specific dollars to general damage factors.
- Lowest Ultimate Cost (LUC) is a separate analysis to be completed only when claims already are in litigation and there are active negotiations. As set forth in the Litigation section of the Standards, LUC adjustments require manager approval.

Back to Top

**Confidentiality**

- Because CLAs and any other assessment information is Progressive-owned and may contain information protected by various privacy or other laws, any requests for such information or documents should be elevated to the appropriate company Claims Attorney.
- We must abide by our contractual obligations to ISO, which generally prohibit disclosure of information that is proprietary to ISO. This includes, for example, the computer code for COA and any technical manuals for COA provided by ISO. Any requests for information or documents that are proprietary to ISO must be elevated to the appropriate company Claims Attorney.

Back to Top

---

Claims Directory | Claims Standards | PCS Strategies | Claims University

Job Aids | SIU | Support Areas |

Home | Search | Feedback

D0000000096