UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| BROOKE LEBEAU,<br><br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>        Defendant. | Civ. 12-5044<br><br>**STIPULATION FOR ORDER OF DISMISSAL** |

The parties, by and through their counsel of record, hereby stipulate that the above referenced matter may be dismissed, upon its merits with prejudice, without costs being assessed to any party.

Dated this 19th day of February, 2016.

For Plaintiff:   By: _____
Robin L. Zephier
Abourezk & Zephier, P.C.
Attorneys for Plaintiff
PO Box 9460
Rapid City SD 57709
(605) 342-0097
rzephier@azlaw.pro

Dated this 19th day of February, 2016.

For Defendant:   By: _____
Mark J. Arndt
May & Johnson, P.C.
P.O. Box 88738
Sioux Falls, SD 57109-8738
(605) 336-2565
marndt@mayjohnson.com

1