UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| BROOKE LeBEAU,<br><br>              Plaintiff,<br><br>  vs.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>              Defendant. | CIV. 12-5044-JLV<br><br>JUDGMENT OF DISMISSAL |

Pursuant to the parties' joint stipulation for dismissal (Docket 42), it is

ORDERED, ADJUDGED AND DECREED that this action is dismissed on its merits with prejudice and without costs to either party.

IT IS FURTHER ORDERED that this court retains jurisdiction over the settlement agreement should issues arise relating to the carrying out or fulfilment of the settlement agreement.

    Dated February 22, 2016.

                      BY THE COURT:

                      /s/ *Jeffrey L. Viken*
                      JEFFREY L. VIKEN
                      CHIEF JUDGE